United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE: | CASE NO. 5:13-cv-03766 EJD |
| JACQUELINE CARLIN MELCHER, | (Appeal from Bankr. N.D. Cal. (San Jose) Case No. 01-53251 ASW) |
| Debtor. | |
| _____/ | **ORDER DIRECTING CLERK TO REASSIGN CASE** |
| JACQUELINE CARLIN MELCHER, | |
| Plaintiff(s)/Appellant(s), | |
| v. | |
| JOHN W. RICHARDSON, Trustee in Bankruptcy, | |
| Defendant(s)/Respondent(s). | |
| _____/ | |

Having determined this action was incorrectly assigned under the terms of General Order 44, the court orders the Clerk to reassign this action to Judge Ronald M. Whyte as matters arising from the same underlying bankruptcy case are already pending, or have been pending, before Judge Whyte.[1]

Dated: August 20, 2013

EDWARD J. DAVILA
United States District Judge

---

[1] Section (D)(7) of General Order 44 states: "Notwithstanding any other provision of the assignment plan, the Clerk shall assign a bankruptcy matter to the same judge who was assigned any previously filed bankruptcy matter arising from the same case in the United States Bankruptcy Court."